PD-1370-15

PD-1370-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/20/2015 4:51:37 PM
Accepted 10/21/2015 3:17:51 PM
ABEL ACOSTA
CLERK

NO. _____

IN THE TEXAS COURT OF CRIMINAL APPEALS

_____

# ROBERT TRACY WARTERFIELD
*Appellant*

**v.**

# THE STATE OF TEXAS
*Appellee*

_____

FROM THE FIFTH COURT OF APPEALS
CAUSE NO. 05-12-00646-CR

ON APPEAL FROM THE 7TH JUDICIAL DISTRICT COURT OF
DALLAS COUNTY, TEXAS
TRIAL COURT NO. F10-61655-Y
THE HONORABLE MICHAEL SNIPES PRESIDING

## APPELLANT'S MOTION FOR EXTENSION
## OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

BRUCE ANTON
State Bar No. 01274700
ba@sualaw.com

SORRELS, UDASHEN & ANTON
2311 Cedar Springs, Suite 250
Dallas, Texas 75201
(214) 468-8100 (office)
(214) 468-8104 (fax)

Attorney for Appellant

FILED IN
COURT OF CRIMINAL APPEALS

October 21, 2015

ABEL ACOSTA, CLERK

1

COMES NOW, Robert Warterfield, Appellant herein, and moves this court to issue an extension of time to file his petition for discretionary review, and in support thereof would show the court as follows:

I.

The number and style of the case in the District Court is No. F10-61655-V, *State of Texas v. Robert Tracy Warterfield.*

II.

A mandate from the Fifth Court of Appeals in cause number 05-12-00646-CR, granting an out-of-time Petition for Discretionary Review was rendered on September 21, 2015.

III.

The present deadline for filing the petition for discretionary review in this matter is October 21, 2015.

IV.

No extensions of time to file the brief were previously requested.

V.

The reason for this request is that during the last few weeks counsel has been working on the following:

1. Petition for Writ of Certiorari in *Charles Don Flores v. William Stephens, Director,* in the Supreme Court of the United States.

2. Petition for Discretionary Review in *Cristal Paullett Richardson v. The State of Texas*, case no. PD-1172-15 in the Texas Court of Criminal Appeals.

3. Appellant's Reply Brief in *Vincent Dewayne Johnson v. The State of Texas*, cause nos. 05-15-00403-CR, 05-15-00404-CR and 05-15-00405-CR in the Fifth Court of Appeals of Texas.

4. Application for Writ of Habeas Corpus and Memorandum in Support in *Ex Parte Eduardo Enrique Alfaro,* in the 401st Judicial District Court of Collin County, Texas.

WHEREFORE, PREMISES CONSIDERED, Appellant requests this court to grant an extension of time to file his petition for discretionary review until November 20, 2015.

RESPECTFULLY SUBMITTED,

 /s/ Bruce E. Anton
BRUCE E. ANTON
Texas State Bar No. 01274700

SORRELS, UDASHEN & ANTON
2311 Cedar Springs #250
Dallas, Texas 75201
(214) 468-8100
(214) 468-8104 (fax)
ba@sualaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above entitled motion for extension of time was delivered to the Dallas County District Attorney's Office and to the State Prosecuting Attorney on this 20th day of October, 2015.

   /s/ Bruce E. Anton
BRUCE E. ANTON